

## NUMBER 13-09-00419-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

IN RE: LAWYERS TITLE INSURANCE CORPORATION

On Petition for Writ of Mandamus

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza and Vela
### Memorandum Opinion Per Curiam[1]

Relator, Lawyers Title Insurance Corporation, filed a petition for writ of mandamus by which it requests that this Court direct respondent, the Honorable John B. Martinez, presiding judge of County Court at Law No. 3 of Nueces County, Texas, to vacate his June 10, 2009 order striking relator's plea in intervention in trial court cause number 02-62076-3, styled *Snyder v. Beach View Estates, Inc., et al.* On July 17, 2009, we denied relator's request to stay the underlying proceedings and requested responses to relator's petition from the real parties in interest, Jeff Snyder, as Executor of the Estate of James R. Snyder and as the Representative, Shareholder and Director of Beach View Estates, Inc., on behalf of Beach View Estates, Inc. and the Estate of James R. Snyder, Beach View Estates, Inc., Jeffrey C. Frahm, and Kathleen Frahm.

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.").

This Court, having examined and fully considered the petition for writ of mandamus, the responses thereto, and relator's reply, is of the opinion that relator has not shown itself entitled to the relief sought and the petition should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, the petition for writ of mandamus is DENIED.

PER CURIAM

Memorandum Opinion delivered and
filed on the 14th day of August, 2009.